IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re:<br><br>ST. JUDE MEDICAL, INC.<br>SILZONE HEART VALVE PRODUCTS<br>LIABILITY LITIGATION<br><br>This pleading relates to:<br><br>Janice E. Van Gilder<br>Case No. 0:01-cv-02175-JRT | MDL. No. 1396<br>(0:02-cv-00446-JRT)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on March 17, 2008, I caused the following documents:

1. Stipulation for Dismissal with Prejudice
2. Proposed Order

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Thomas J Foley**
  tfoley@fbmlaw.com

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

David S Leyton
Leyton Law Office
G-2508 Linden Rd S
Flint, MI 48532

David C Wiegel
Secrest Wardle
30903 Northwestern Hwy
PO Box 3040
Farmington Hills, MI 48333

DATED: March 17, 2008

HALLELAND LEWIS NILAN &
JOHNSON, PA

s/Tracy J. Van Steenburgh
Tracy J. Van Steenburgh, Reg. No. 141173
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4501
(612) 338-1838

Attorneys for Defendant
St. Jude Medical, Inc.